JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD MOTTASHED, | ) | Case No. CV 16-01571-CAS (PJW) |
| | ) | |
| Plaintiff, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| JULIA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

 Pursuant to the Order Granting Plaintiff's Motion to Dismiss the Action,

 IT IS ADJUDGED that the action is dismissed without prejudice.


 DATED: <u>October 10, 2017</u>.




_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE